Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>ADELA GARCIA, a/k/a ADELA GARCIA WHITE, a sole proprietor d/b/a QUALITY CONSTRUCTION,<br><br>Defendant. | Cause No. 16-cv-1161 RAJ<br><br>~~PROPOSED~~ ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on plaintiffs Carpenters Health and Security Trust of Western Washington; Carpenters Retirement Trust of Western Washington; Carpenters-Employers Vacation Trust of Western Washington; and Carpenters-Employers Apprenticeship and Training Trust of Western Washington's Motion for Entry of Default Judgment.

The Court has considered the motion, supporting papers with attached exhibits, the pleadings on file, and ORDERS:

ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT – 1
16-cv-1161 RAJ

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1. The plaintiff Carpenters Trusts' motion for entry of default judgment is GRANTED;

2. The Court finds that defendant Adela Garcia, a/k/a Adela Garcia White, d/b/a Quality Construction is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds the defendant Adela Garcia, a/k/a Adela Garcia White, d/b/a Quality Construction is liable to the Carpenters Trusts for the period January 2016 through July 2016 for: (i) $10,991.42 in liquidated damages; and (ii) $3,245.53 in accrued, pre-judgment interest;

4. The Court finds the defendant Adela Garcia, a/k/a Adela Garcia White, d/b/a Quality Construction is liable to the Carpenters Trusts for $7,326.50 in attorney fees and $779.43 in costs directly related to this action;

5. This judgment shall bear interest at 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g); and

6. The Clerk of the Court is directed to enter judgment against defendant Adela Garcia, a/k/a Adela Garcia White, d/b/a Quality Construction, with this order.

Dated: April 25th, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221